OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFIC

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 18 2015

9/16/2015
MILLER, KYLE                    Tr. Ct. No. 2011CR5502                    WR-79,897-02
This is to advise that the Court has denied without written order motion for leave to
file the original application for writ of mandamus.

Abel Acosta, Clerk

KYLE MILLER
BEXAR COUNTY ADULT - #968194
200 N. COMAL
SAN ANTONIO, TX 78207                    U TF

43B 78207